# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:19−mc−91454−FDS

Whitaker v. Cornerstone Research et al     Date Filed: 10/16/2019
Assigned to: Judge F. Dennis Saylor, IV     Date Terminated: 10/18/2019

**Plaintiff**

**David Whitaker**     represented by     **Jonathan R. Voegele**
*DAVID WHITAKER, et al., individually and on*     Boies, Schiller & Flexner LLP
*behalf of all others similarly situated*     26 South Main Street
    Hanover, NH 03766
    603−643−9090
    Email: jvoegele@bsfllp.com
    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cornerstone Research**

**Defendant**

**Arnold I Barnett**

**Interested Party**

**General Motors LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2019 | Ï 1 | MOTION to Compel Filing fee: $ 47, receipt number 0101−7926020 (Fee Status: Filing Fee paid) by David Whitaker. (Attachments: # 1 Memorandum of Law, # 2 Affidavit of Jonathan Voegele, # 3 Exhibit A Placeholder, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H)(Voegele, Jonathan) (Entered: 10/16/2019) |
| 10/16/2019 | Ï 2 | MOTION to Seal Document 1 MOTION to Compel Filing fee: $ 47, receipt number 0101−7926020 (Fee Status: Filing Fee paid) *Motion to Seal Voegele Affidavit Exhibit A* by David Whitaker.(Voegele, Jonathan) (Entered: 10/16/2019) |
| 10/16/2019 | Ï 3 | MOTION to Transfer Case to Southern District of Florida. by David Whitaker. (Attachments: # 1 Memorandum of Law)(Voegele, Jonathan) (Entered: 10/16/2019) |
| 10/16/2019 | Ï 4 | ELECTRONIC NOTICE of Case Assignment. Judge F. Dennis Saylor, IV assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Judith G. Dein. (Finn, Mary) (Entered: 10/16/2019) |
| 10/16/2019 | Ï 5 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 2 Motion to Seal Document. (Bono, Christine) (Entered: 10/16/2019) |
| 10/16/2019 | Ï 6 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 3 Motion to Transfer Case. |

(Bono, Christine) (Entered: 10/16/2019)